[No. 30459-1-III. Division Three. May 1, 2014.]

*In the Matter of the Marriage of* DANEILLE DICKSON, *Respondent*, and CRAIG DICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-3-02035-1, Linda G. Tompkins, J., entered November 18, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Korsmo, J.; Siddoway, C.J., dissenting.

[No. 31306-9-III. Division Three. May 1, 2014.]

TED STILES, *Appellant*, v. DAVE MOLNAA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-01306-2, Vic L. VanderSchoor, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown and Korsmo, JJ.

[No. 31492-8-III. Division Three. May 1, 2014.]

*In re the Matter of the Estate of* QUENTIN J. PORTER.

SALMA ASSEMANY, *Appellant*, v. HELEN T. PORTER, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 12-4-00008-1, Allen Nielson, J., entered February 14, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.